UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
FEB - 8 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| BILAL USMANI, | Case No. 1:18-CV-2031 |
| Plaintiff, | Judge Dan Aaron Polster |
| vs. | **STIPULATED DISMISSAL ENTRY** |
| SUSHI ROCK, LLC, et al., | |
| Defendants. | |

The Court held a Case Management Conference February 8, 2019, at which time the Court mediated a settlement. Accordingly, we, the attorneys for the respective parties, do hereby stipulate that the above-captioned case is settled and dismissed with prejudice, each party to pay its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

_____
Attorney for Plaintiff

_____
Attorney for Defendants

_____
Attorney for Plaintiff

_____
Attorney for Defendants

IT IS SO ORDERED.

_____  2/8/2019
**Dan Aaron Polster**           Date
**United States District Judge**